UNITED STATES DISTRICT COURT
WESTERN DISTRICT PENNSYLVANIA

| | | |
|---|---|---|
| MARK B. ARONSON, | ) | No. 2:19-cv-00217-MJH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| DIRECTV, INC a/k/a | ) | |
| DIRECTV ENTERPRISES, INC. | ) | |
| a/k/a DIRECTV, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Mark Aronson, through his undersigned counsel, hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Dated  June 14, 2019                                Respectfully submitted,

/s/ Richard Ernsberger
Behrend & Ernsberger, P.C.
355 Fifth Avenue, 12th Floor
Pittsburgh, Pa. 15222
412. 391.2515
412.391.2762 (fax)
Behrendlawyers@aol.com